UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

------------------------------------------------------------X
                                                :

SIGMUND KOSTRZEWSKI & REBECCA      :    CASE NO. 2:17-cv-01681-PP
KOSTRZEWSKI,                                    :

                       Plaintiffs,              :

v.                                                      :

UNIVERSAL ACCEPTANCE CORPORATION   :
(WI) d/b/a CARHOP FINANCE & INTERSTATE  :
AUTO GROUP, INC. d/b/a CARHOP,         :

                     Defendants.          :
------------------------------------------------------------X

## STIPULATION TO STAY CASE AND COMPEL ARBITRATION

Plaintiffs Sigmund Kostrzewski and Rebecca Kostrzewski ("Plaintiffs") and Defendants Universal Acceptance Corporation (WI) d/b/a CarHop Finance and Interstate Auto Group, Inc.[1] d/b/a Carhop (collectively, "Defendants") (collectively with Plaintiffs, the "Parties"), by their undersigned counsel, hereby submit this joint stipulation to stay the case and compel arbitration, stating as follows:

    1.    Plaintiffs commenced this action by filing a complaint against Defendants on November 30, 2017, which they amended on December 29, 2017.

    2.    The Parties have since agreed to arbitrate this case.

    3.    The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit A, which orders that this action be submitted to arbitration and that this action be stayed.

---
[1]     The parties have agreed that the proper Defendant is Interstate Auto Group, Inc. (WI).

WHEREFORE, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit A.

Respectfully submitted this 26th day of February 2018.

| | |
|---|---|
| */s/ Omar T. Sulaiman* | */s/ Anna-Katrina S. Christakis* |
| Omar T. Sulaiman, Esq. | Anna-Katrina S. Christakis |
| Marwan R. Daher, Esq. | Pilgrim Christakis LLP |
| Sulaiman Law Group, Ltd | 321 N. Clark, 26th Floor |
| 2500 South Highland Avenue, Suite 200 | Chicago, IL 60654 |
| Lombard, IL 60148 | (312) 939-0920 |
| Telephone: (630) 575-8181 | |
| | |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of February, 2018, a true and correct copy of the foregoing was served via the CM/ECF system on all counsel of record.

*/s/ Anna-Katrina S. Christakis*
Anna-Katrina S. Christakis

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

-------------------------------------------------------------X
:
SIGMUND KOSTRZEWSKI & REBECCA : CASE NO. 2:17-cv-01681-PP
KOSTRZEWSKI, :
:
                Plaintiffs, :
:
v. :
:
UNIVERSAL ACCEPTANCE CORPORATION :
(WI) d/b/a CARHOP FINANCE & INTERSTATE :
AUTO GROUP, INC. d/b/a CARHOP, :
:
                Defendants. :
-------------------------------------------------------------X

## AGREED ORDER STAYING CASE

Pursuant to the agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff s will advance their claims asserted in this action via binding arbitration.

2. This case is stayed with each party to bear its own fees and costs.

DONE and ORDERED this _____ day of _____, 2018

                                              _____
                                              UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

*/s/ Omar T. Sulaiman*                              */s/ Anna-Katrina S. Christakis*
Omar T. Sulaiman, Esq.                              Anna-Katrina S. Christakis
Marwan R. Daher, Esq.                              Pilgrim Christakis LLP
Sulaiman Law Group, Ltd                          321 N. Clark, 26th Floor
2500 South Highland Avenue, Suite 200        Chicago, IL 60654
Lombard, IL 60148                                    (312) 939-0920
Telephone: (630) 575-8181

*Attorneys for Plaintiffs*                                *Attorney for Defendants*